## 47128. MILLER v. LAND.

QUILLIAN, Judge. The appellant was adjudged to be in contempt of court and was sentenced to twenty days in jail. The sentence was then probated on certain conditions. An appeal was filed. *Held:*

The appellant having served the probated sentence the question raised by the appeal is moot. *Cagle v. PMC Development Co. of Ga.,* 227 Ga. 309 (180 SE2d 545).

*Appeal dismissed. Hall, P. J., and Pannell, J., concur.*
ARGUED APRIL 10, 1972—DECIDED APRIL 28, 1972.

*George C. Walsh,* for appellant.